# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: David William Cline          BK NO. 20-03270 HWV

           Debtor(s)

                Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ Rebecca Solarz
                          Rebecca Solarz
                          16 Nov 2020, 15:06:27, EST

                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          215-627-1322