United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David William Cline  
    Debtor(s)

Case No. 20-03270-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Dec 18, 2020     Form ID: ntnew341     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David William Cline, 13260 Gearhart Road, Greencastle, PA 17225-9518 |
| 5372923 | + | Ally Financial, Inc., Ally Detriot Center, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 5372924 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, NA, PO Box 982238, El Paso, TX 79998-2238 |
| 5375808 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5378712 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2020 19:26:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5374016 | | Email/Text: ally@ebn.phinsolutions.com | Dec 18 2020 19:02:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5375994 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 18 2020 19:26:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5372925 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 18 2020 19:26:42 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5372927 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2020 19:02:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5372926 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 18 2020 19:28:10 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5372928 | + | Email/Text: camanagement@mtb.com | Dec 18 2020 19:02:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5372929 | + | Email/Text: unger@members1st.org | Dec 18 2020 19:02:00 | Members 1st Federal Credit Union, 5000 Louise Drive, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5372930 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 18 2020 19:02:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 5373123 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2020 19:28:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5372931 | | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2020 19:28:07 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5372932 | | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2020 19:28:06 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL |

32896-5060

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2020                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 David William Cline pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David William Cline,      Chapter    13

**Debtor 1**

Case No.    1:20−bk−03270−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: January 25, 2021 <br> Time: 11:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: ToniaWilson, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM     Date: December 18, 2020

ntnew341 (04/18)