# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David William Cline,

**Debtor 1**

Chapter 13

Case No. 1:20–bk–03270–HWV

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on November 10, 2020. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: March 10, 2021

By the Court,

*[signature: Henry W. Van Eck]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David William Cline<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:20-BK-03270-HWV<br><br>**Matter:** Order Confirming Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, March 11, 2021, I served a true and correct copy of the **Order Confirming Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing         Ally Bank                               Ally Financial, Inc.
0314-1                                  PO Box 130424                           Ally Detroit Center
Case 1:20-bk-03270-HWV                  Roseville, MN  55113-0004               500 Woodward Avenue
Middle District of Pennsylvania                                                 Detroit, MI 48226-3416
Harrisburg
Thu Mar 11 14:29:11 EST 2021

(p)BANK OF AMERICA                      Capital One Bank (USA), N.A.            Capital One Bank USA, NA
PO BOX 982238                           by American InfoSource as agent         PO Box 30285
EL PASO TX 79998-2238                   PO Box 71083                            Salt Lake City, UT 84130-0285
                                        Charlotte, NC  28272-1083

(p)JPMORGAN CHASE BANK  N A             David William Cline                    Charles J DeHart, III (Trustee)
BANKRUPTCY MAIL INTAKE TEAM             13260 Gearhart Road                    8125 Adams Drive, Suite A
700 KANSAS LANE FLOOR 01                Greencastle, PA 17225-9518             Hummelstown, PA 17036-8625
MONROE LA 71203-4774

Internal Revenue Service                JPMorgan Chase Bank, N.A.              M&T BANK
Centralized Insolvency Operation        s/b/m/t Chase Bank USA, N.A.           PO BOX 1508
PO Box 7346                             c/o National Bankruptcy Services, LLC  BUFFALO, NY 14240-1508
Philadelphia, PA 19101-7346             P.O. Box 9013
                                        Addison, Texas 75001-9013

M&T Bank                                Members 1st Federal Credit Union       Paul Donald Murphy-Ahles
Attn: Legal Document Processing         5000 Louise Drive                      Dethlefs Pykosh & Murphy
626 Commerce Drive                      PO Box 40                              2132 Market Street
Amherst, NY 14228-2391                  Mechanicsburg, PA 17055-0040           Camp Hill, PA 17011-4706

PRA Receivables Management, LLC         Pennsylvania Department of Revenue     (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 41021                            Bankruptcy Division                    PO BOX 41067
Norfolk, VA 23541-1021                  P.O. Box 280946                        NORFOLK VA 23541-1067
                                        Harrisburg, PA 17128-0946

Quicken Loans                           Quicken Loans, LLC                     Rebecca Ann Solarz
1050 Woodward Avenue                    635 Woodward Avenue                    KML Law Group, P.C.
Detroit, MI 48226-3573                  Detroit, MI 48226-3408                 701 Market St.
                                                                               Suite 5000
                                                                               Philadelphia, PA 19106-1541

Synchrony Bank                          Synchrony Bank / Amazon                Synchrony Bank / PayPal Extras
c/o PRA Receivables Management, LLC     Attn: Bankruptcy Department            Attn: Bankruptcy Department
PO Box 41021                            PO Box 965060                          PO Box 965060
Norfolk VA 23541-1021                   Orlando, FL 32896-5060                 Orlando, FL 32896-5060

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Bank of America, NA | Chase Card | Portfolio Recovery Associates, LLC |
|---|---|---|
| PO Box 982238 | PO Box 15298 | POB 12914 |
| El Paso, TX 79998-2238 | Wilmington, DE 19850 | Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Quicken Loans, LLC | (d)Synchrony Bank | End of Label Matrix | |
|---|---|---|---|
| | c/o PRA Receivables Management, LLC | Mailable recipients | 24 |
| | PO Box 41021 | Bypassed recipients | 2 |
| | Norfolk, VA 23541-1021 | Total | 26 |